# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

153153 & (56)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

RONALD TOWNSEND, II,
 Defendant-Appellant.

SC: 153153
COA: 327112
Wayne CC: 14-002156-FC

_____/

On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the December 17, 2015 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals opinion applying the facts of the case to MCR 6.310(C) and we REMAND this case to the Wayne Circuit Court for consideration of the defendant's claim under MCR 6.310(C). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



Clerk

t0922